**Heidi L. Mandt, OSB #953459**
**Jessica Lancaster, OSB #134151**
**Ashley L. Shearer, OSB #184980**
**Jaclyn Garcia, OSB #233294**
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: (503) 228-7967
Fax: (503) 222-7261
hmandt@williamskastner.com
jlancaster@williamskastner.com
ashearer@williamskastner.com
jgarcia@williamskastner.com
*Special Assistant Attorneys General for Defendants Oregon Youth Authority, Marcia Adams, Karen Brazeau, Robert Jester, Collette Peters, Fariborz Pakseresht, Joseph O'Leary, Gary Lawhead, Mike Conzoner, Darin Humphreys, Mike Riggan, Sid Thompson, and Dan Berger*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**J.M., M.P., J.L.O., T.J.S., J.L.W., J.L., C.I., G.S., J.E. and S.B.G.**,

Plaintiffs,

v.

**OREGON YOUTH AUTHORITY, MARCIA ADAMS, KAREN BRAZEAU, ROBERT JESTER, COLETTE PETERS, FARIBORZ PAKSERESHT, JOSEPH O'LEARY, GARY LAWHEAD, MIKE CONZONER, DARIN HUMPHREYS, MIKE RIGGAN, SID THOMPSON, DAN BERGER, and UNKNOWN STAFFERS #1-15**,

Defendants.

Case No. 3:25-cv-01866 MC

**STIPULATION AND AGREEMENT REGARDING THE FRCP 35 EXAMINATION OF PLAINTIFF C.I.**

COME NOW the parties, J.M., M.P., J.L.O., T.J.S., J.L.W., J.L., C.I., G.S., J.E. and S.B.G., Plaintiffs, and OREGON YOUTH AUTHORITY, MARCIA ADAMS, KAREN BRAZEAU, ROBERT JESTER, COLETTE PETERS, FARIBORZ PAKSERESHT, JOSEPH O'LEARY, GARY LAWHEAD, MIKE CONZONER, DARIN HUMPHREYS, MIKE RIGGAN, SID THOMPSON, DAN BERGER, Defendants, by and through their respective counsel of record, and hereby stipulate that defendants may conduct a mental examination of the plaintiff C.I. pursuant to FRCP 35. The parties' counsel have the express authority from their clients to enter into this agreement, and the parties waive the requirement that this stipulation be read in open court. Therefore, without the necessity of a motion, the parties stipulate that the following provisions shall apply to the examination:

1. Plaintiff C.I. shall undergo an examination by Luis Benjamin Rosell, Psy.D. on October 15, 2026, at 9:00 a.m., PDT at Oregon State Correctional Institution (OSCI), 3405 Deer Park Dr SE, Salem, OR 97310. The examination shall include psychological tests and an interview. The examination shall not exceed eight (8) hours.

2. Plaintiff's counsel or other representative may be present at the examination via Zoom link and may audio or video record; however, the observer shall not interfere with the examination unless the examiner attempts to exceed the scope of this agreement. There shall only be one observer present, who shall be identified in advance, and who shall not communicate with the Plaintiff during the examination. Should the observer video record the examination, the unedited video shall be provided to Defendant's counsel. Should the Plaintiff elect to have a representative present, the examining doctor and his staff shall not begin the exam or interview unless said representative is present.



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967 • Fax (503) 222-7261

3. The examination shall be limited to such matters as may be necessary to evaluate the plaintiff's conditions which are in controversy, to wit, injuries alleged to be the result of the incident(s), as described in Plaintiff's complaint, as well as any pre-existing, alternative, and/or subsequent potential causes, conditions, or contributing factors to Plaintiff's current symptoms.

4. The examiner shall do no invasive tests, and the examiner shall not conduct any new radiological studies, without the express written consent of the plaintiff or further order of the Court.

5. The examination may include standardized psychological, psychiatric, or neuropsychological testing reasonably selected by the examiner and within the examiner's area of expertise to evaluate Plaintiff's claimed conditions.

6. The examiner shall not ask plaintiff any questions regarding negligence or legal liability.

7. The examiner may audio record the examination in full using a digital recorder. Should the examiner audio record, an unedited copy shall be produced immediately following the evaluation.

8. Any paperwork to be completed by the plaintiff for the examiner's benefit shall be provided to plaintiff's counsel at least 7 days before the examination.

9. A copy of the examiner's CV shall be provided to plaintiff's counsel at least 7 days before the examination.

10. The Examiner shall make a written report of the examination. Defendants' counsel shall provide a copy of the examiner's report to Plaintiff's counsel within 45 days of



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967 • Fax (503) 222-7261

the exam, in compliance with FRCP 35(b), regardless whether the examiner will be called as a witness at trial.

11. Along with the examiner's report, defendants' counsel shall provide plaintiff's counsel with copies of all materials received in advance of or generated by the examiner in conducting the examination, preparing the report, and formulating opinions within 45 days. This includes any and all materials and documents furnished to the examiner by defendants and/or defendants' counsel. This excludes any draft reports or communications with counsel in preparation for trial, which are protected work product under FRCP 26(b)(4)(B)-(C).

12. Defendants and defendants' counsel shall keep the examiner's report confidential, except for purposes of defending this case; at the end of the case, defendants' counsel shall return or destroy all copies of the report at Plaintiff's option.

13. The Defendants' attorney shall be responsible for providing the examiner a copy of this Stipulation at least forty-eight (48) hours before the examination. The Defendants' counsel shall be responsible to see that the examiner is apprised of the limitations herein stipulated especially the fact that the examination will be audio or video recorded.

14. The Plaintiff shall not be responsible for the charges of the Examiner, and will not be billed for the examination or videotaping, if any.

15. Defendants shall have no further right to any additional FRCP 35 examination unless ordered by the Court, by agreement of the parties, or for good cause, such as in the event that Plaintiff undergoes additional treatment or claims new and/or worsened injuries following this exam. Any proposed subsequent examinations would require a meet-and-confer between the parties prior to setting.



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967 • Fax (503) 222-7261

16. Plaintiff shall not have to wait more than 30 minutes for the examination to begin. Should the examination not begin within said time, Plaintiff shall contact defense counsel to inform them of the non-appearance of the examiner. Once they have informed defense counsel, Plaintiff may leave and the examination shall be re-scheduled to a time and date convenient to the parties. Plaintiff shall not incur any charges of any sort due to Plaintiff leaving and re-scheduling the examination.

17. The examination and interview shall not last more than eight (8) hours. At the end of eight (8) hours, the Plaintiff shall be free to leave whether the examination and interview are completed or not. The examiner shall be made aware of this limitation by Defendants' counsel.

18. Should the Plaintiff cancel the examination or no-show for same, Plaintiff shall be responsible for any fees incurred pursuant to the examiner's cancellation policy, as listed in his fee schedule.

SO STIPULATED AND AGREED:

DATED this 1st day of October, 2026.

| SCHROETER GOLDMARK & BENDER | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| *s/Rebecca J. Roe* | *s/Heidi Mandt* |
| Rebecca J. Roe, *Pro Hac Vice* | Heidi Mandt, OSB #953459 |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendants*** |



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967 • Fax (503) 222-7261